UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| GILBERT ACEVEDO, et al., ) | CASE NO.: 1:19-CV-00464 |
| ) | |
|    Plaintiffs, ) | JUDGE: SOLOMON OLIVER, JR. |
| ) | |
| vs. ) | **STIPULATION FOR DISMISSAL AND** |
| ) | **JOURNAL ENTRY** |
| CITY OF STRONGSVILLE, OHIO, et al., ) | |
| ) | |
|    Defendants. ) | |

We, the attorneys for the respective parties, do hereby stipulate that the above captioned matter has been settled and dismissed, with prejudice, as against Defendants City of Strongsville, Ohio and Joseph Mosko at the cost of said Defendants. The Court may enter an Order accordingly, notice by the Clerk being hereby waived.

   IT IS SO ORDERED.

                                                                       JUDGE SOLOMON OLIVER, JR.

| | |
|---|---|
| *s/Jared S. Klebanow* (per email consent) | *s/John T. McLandrich* |
| AVERY S. FRIEDMAN (0006103) | JOHN T. MCLANDRICH (0021494) |
| Avery Friedman & Associates | TERENCE L. WILLIAMS (0081363) |
| JARED S. KLEBANOW (0092018) | Mazanec, Raskin & Ryder Co., L.P.A. |
| Klebanow Law, LLC | 100 Franklin's Row |
| 701 The City Club Building | 34305 Solon Road |
| 850 Euclid Avenue | Cleveland, OH 44139 |
| Cleveland, OH 44114 | (440) 248-7906 |
| (216) 621-9282 | (440) 248-8861 – Fax |
| (216) 621-9283 – Fax | Email: jmclandrich@mrrlaw.com |
| Email: avery@lawfriedman.com |         twilliams@mrrlaw.com |
|        jklebanow@klebanowlaw.com | |
| | Counsel for Defendants City of Strongsville, |
| Counsel for Plaintiffs | Ohio and Joseph Mosko |

## CERTIFICATE OF SERVICE

    I hereby certify that on April 27, 2020, a copy of the foregoing Stipulation for Dismissal and Journal Entry was filed electronically.  Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

    *s/John T. McLandrich*
JOHN T. MCLANDRICH  (0021494)
TERENCE L. WILLIAMS  (0081363)

Counsel for Defendants City of Strongsville, Ohio and Joseph Mosko

TRAVR-190054/Stip for Dismissal